UNCLAIMED FUNDS



FILED
2010 DEC 17 PM 4:09

DECEMBER 16, 2010

05-62741  ERIC MILHOAN
CHRISTINA MILHOAN
DEBTORS DID NOT CASH CHECK
CHECK #467524 FOR $24.85
ERIC MILHOAN
CHRISTINA MILHOAN
217 LAWN AVE NW #1
CANTON, OH 44708

05-62282  AARON SWARTZENTRUBER
CHRISTINA SWARTZENTRUBER
CREDITOR DID NOT CASH CHECK
CHECK #467525 FOR $21.28
INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA 19114

06-60495  WENDY SOLOMON
DEBTOR DID NOT CASH CHECK
CHECK #467526 FOR $789.09
WENDY SOLOMON
157 US RT 42
WEST SALEM, OH 44287

05-65311  WILLIAM TARPLEY
DEBTOR DID NOT CASH CHECK
CHECK #467527 FOR $79.09
WILLIAM G TARPLEY
211 MINERVA STREET
WOOSTER, OH 44691

```
        0 · *
    24 · 85 +
    21 · 28 +
   789 · 09 +
    79 · 09 +
   914 · 31 *
```